**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| MARK GONZALES, on behalf of himself and all others similarly situated, | ) ) ) | CAUSE NO. 2:12-cv-00340-JD-APR |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **CLASS ACTION** |
| BP CORPORATION NORTH AMERICA, INC. and BP PRODUCTS NORTH AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Comes now the Plaintiff, Mark Gonzales, by counsel, and comes now the Defendants, BP Corporation North America, Inc. and BP Products North America, Inc., by counsel, and hereby stipulate to the dismissal of this cause, without prejudice, with each party to bear its own costs and attorneys fees.

Dated: October 16, 2012

Respectfully submitted,

/s/ Edward B. Mulligan V
Irwin B. Levin, No. 8786-49
David J. Cutshaw, No. 3997-49
Richard E. Shevitz, No. 12007-49
Edward B. Mulligan V, No. 29400-53
Jonathan A. Knoll, No. 29324-49
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593

Respectfully submitted,

/s/ John R. Worth
Mark S. Lillie, PHV
John R. Worth, PHV
Jessica Bailey, PHV
KIRKLAND & ELLIS, LLP
300 N LaSalle
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200

Perry W. Theodoros, No. 2057-45
Barry D. Rooth, No. 6418-45
Holly S.C. Wojcik, No. 23197-64
THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, Indiana 46410
Phone: 219-769-6393
Facsimile: 219-755-4368

*Attorneys for Plaintiff Mark Gonzales*

John David LaDue
Erin N. Linder
Mark F. Criniti
LADUE CURRAN & KUEHN, LLC
200 First Bank Building
205 W Jefferson Blvd
South Bend, IN 46601
574-968-0760
Fax: 574-968-0761

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Irwin B. Levin
David J. Cutshaw
Richard E. Shevitz
Edward B. Mulligan V
Jonathan A. Knoll
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593

Perry W. Theodoros
Barry D. Rooth
Holly S.C. Wojcik
THEODOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, Indiana 46410
Phone: 219-769-6393
Facsimile: 219-755-4368

Mark S. Lillie, PHV
John R. Worth, PHV
Jessica Bailey, PHV
KIRKLAND & ELLIS, LLP
300 N LaSalle
Chicago, IL 60654
312-862-2000
Fax: 312-862-2200

John David LaDue
Erin N Linder
Mark F Criniti
LADUE CURRAN & KUEHN, LLC
200 First Bank Bldg
205 W Jefferson Blvd
South Bend, IN 46601
574-968-0760
Fax: 574-968-0761